JANUARY 12, 1981

No. 80–576. LACLEDE GAS CO. *v.* PUBLIC SERVICE COMMISSION OF MISSOURI. Appeal from Ct. App. Mo., Western Dist., dismissed for want of substantial federal question. 

No. 80–593. BISHOP *v.* BURTON. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question. 

No. 80–5554. HERRERA *v.* HERNANDEZ. Appeal from Ct. Civ. App. Tex., 13th Sup. Jud. Dist., dismissed for want of substantial federal question. 

No. 80–5355. WHITTEMORE *v.* CIRCUIT COURT OF KENOSHA COUNTY. Appeal from Sup. Ct. Wis. dismissed for want of jurisdiction. JUSTICE BLACKMUN would dismiss the appeal for want of jurisdiction, treat the papers whereon the appeal was taken as a petition for writ of certiorari, and deny certiorari.

No. 80–5551. CONRAD *v.* BURGER, CHIEF JUSTICE OF THE UNITED STATES, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 80–5725. GOODEN *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 80–5781. PRENZLER *v.* MANLIN SERVICE CORP. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.